GUSTAV SCHNAIER et al., Respondents, *v.* KONRAD SCHMIDT
et al., Appellants.

(Argued October 15, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 13, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. George Flammers* for appellants.

*Abram Kling* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

----

GUSTAV SCHNAIER et al., Respondents, *v.* KONRAD SCHMIDT
et al., Appellants.

(Argued October 15, 1891; decided October 30, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 13, 1891, which affirmed an order of Special Term denying a motion to amend the judgment in the above-entitled action.

*J. George Flammers* for appellants.

*Abram Kling* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.